IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 22-CR-20066-002 |
| | ) | |
| ASHANTAE S. CORRUTHERS, | ) | |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES OF AMERICA'S RESPONSE TO DEFENDANT'S
MOTION TO CONTINUE SENTENCING HEARING**

NOW COMES the United States of America, by Gregory K. Harris, United States Attorney for the Central District of Illinois, and Eugene L. Miller, Assistant United States Attorney, and hereby responds to defendant Ashantae Corruthers' motion to continue her sentencing hearing, which is currently scheduled for December 8, 2023.

1. On May 19, 2021, Darion Lafayette used a Glock firearm to shoot two Champaign Police Officers, killing one of the officers and injuring the other. On September 30, 2022, a criminal complaint charged the defendant, Ashantae Corruthers, and her co-defendant with conspiracy to illegally purchase and transfer the Glock firearm to Lafayette, in violation of 18 U.S.C. § 371. On October 4, 2022, a federal grand jury indicted the defendants on the same charge, as well as an additional charge for conspiring to engage in misleading conduct, in violation of 18 U.S.C. §§ 1512(b)(3) & (k).

2. After requesting and receiving four continuances of the trial setting, D.E. 12/12/22; 2/13/23; 3/10/23; 6/2/23, the out-of-custody defendant pleaded guilty to

both counts of the indictment on June 22, 2023, D.E. 6/22/23. This Court later accepted the defendant's plea of guilty. D.E. 7/7/23.

3. On September 26, 2023, the U.S. Probation Office issued the initial Presentence Report in this case. R. 58. On October 30, 2023, the defendant filed a motion to continue the November 6, 2023, sentencing hearing based on counsel's trial obligations in the Northern District of Illinois and the need for additional time to file objections to the Presentence Report. R. 60. The United States did not oppose the motion, and this Court continued the sentencing hearing to December 8, 2023. D.E. 10/31/23.

4. Pursuant to 18 U.S.C. §§ 3771(a)(3) & (4), crime victims have the right to attend and be reasonably heard at any public proceeding in the district court involving sentencing. Furthermore, they have the right to proceedings free from unreasonable delay. 18 U.S.C. § 3771(a)(7). In the case of a deceased crime victim, family members may assume the crime victim's rights. 18 U.S.C. § 3771(e)(2)(B). Therefore, after the sentencing continuance, the United States notified the injured Champaign Police Officer and the family of the slain Champaign Police Officer of the December 8, 2023, sentencing hearing. They indicated they had arranged their schedules to attend the hearing.

5. Today (November 29, 2023), the defendant filed a motion to continue the sentencing hearing for the same reasons set forth in the October motion to continue. R. 62. The United States did not have advance notice from counsel that another motion to continue would be filed.

6. The United States appreciates the demands on defense counsel's time and recognizes that the defendant's sentencing cannot go forward until after the defendant

files any objections to the Presentence Report. It also notes that the defendant's motion represents that the trial in the Northern District of Illinois will not be taking place on Fridays (which would include Friday, December 8, 2023), and that the Presentence Report was issued in this case on September 26, 2023. The co-defendant's sentencing is scheduled for December 22, 2023.

7. Under these circumstances, the United States requests that this Court consider the interest of the crime victims in bringing these proceedings to resolution in rescheduling the sentencing hearing of this matter.

Respectfully submitted,

GREGORY K. HARRIS
UNITED STATES ATTORNEY

s/ Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217-373-5891
eugene.miller@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all CM/ECF participants.

s/ Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217-373-5891
eugene.miller@usdoj.gov
